USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 4/29/2021



**U.S. Department of Justice**

*United States Attorney*
*Southern District of New York*

86 Chambers Street
New York, New York 10007

**MEMO ENDORSED**

April 28, 2021

VIA ECF
Hon. Valerie E. Caproni
United States District Judge
United States District Court
40 Foley Square
New York, New York 10007

    Re:    *Lin, et al. v. Mayorkas, et al.*, No. 21 Civ. 2010 (VEC)

Dear Judge Caproni:

    This Office represents the government in this action in which the plaintiffs seek an order compelling U.S. Citizenship and Immigration Services ("USCIS") to adjudicate their Applications to Register Permanent Residence or to Adjust Status (Forms I-485). The Court has scheduled an initial conference in this case for May 14, 2021, and pre-conference submissions are due on May 6, 2021. On behalf of the government, I write respectfully to request an on-consent extension of time of sixty days to respond to the complaint (*i.e.*, from May 10, 2021 to July 9, 2021). I also respectfully request that the initial conference be adjourned to July 23, 2021, or thereafter.

    The extension is respectfully requested because the necessary files are in transit to the USCIS field office in charge of the adjudication of the Forms I-485. Once the files are received, USCIS will determine next steps, which may include the issuance of Requests for Evidence, interviews, or other action. The government anticipates that the requested extension will provide adequate time for USCIS to determine what next steps may be necessary with respect to the Forms I-485 or to proceed to take adjudicative action, which potentially would render this action moot. This is the government's first request for an extension of the deadline to respond to the complaint and to adjourn the initial conference. Plaintiffs' counsel consents to these requests.

    I thank the Court for its consideration of this letter.

    Respectfully submitted,

    AUDREY STRAUSS
    United States Attorney

By:   *s/ Michael J. Byars*
    MICHAEL J. BYARS
    Assistant United States Attorney
    Telephone: (212) 637-2793
    Facsimile: (212) 637-2786
    E-mail: michael.byars@usdoj.gov

cc: Counsel of record (via ECF)

Application GRANTED.

Defendant's time to answer, move, or otherwise respond to the Complaint is adjourned to **Friday, July 9, 2021**.

The initial pretrial conference, currently scheduled for May 14, 2021, at 2:00 P.M., is adjourned to **Friday, July 23, 2021 at 9:30 A.M.** Pre-conference submissions are due no later than **Thursday, July 15, 2021**. For the conference dial in information and a description of the requirements of the pre-conference submissions, the parties should consult the Court's March 11, 2021 Order at docket entry 7.

SO ORDERED.

Date: April 29, 2021

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE